UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - DALLAS.
LIST OF DEFENDANTS AND THEIR ADDRESSES:

① ① DR. ROBERT "ROB" SCHREINER OF HURON CONSULTING GROUP - HOUSTON TEXAS;
② HURON CONSULTING GROUP - HOUSTON, TEXAS:
2929 ALLEN PARKWAY, 27TH FLOOR,
HOUSTON, TEXAS 77019.

② ① DR. ROBERT "ROB" SCHREINER OF HURON CONSULTING GROUP / HEALTHCARE - DALLAS TEXAS;
② HURON CONSULTING GROUP / HEALTHCARE - DALLAS, TEXAS;
500 NORTH AKARD, SUITE 1940,
DALLAS, TEXAS 75201.

③ ATTORNEY - JANA S. BAKER;
ATTORNEY - HEIDI H. HARRISON;
LAW FIRM - OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.;
PRESTON COMMONS 500
8117 PRESTON ROAD,
SUITE 500,
DALLAS, TEXAS 75225.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 22 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

SUBMITTED BY: ROSE ADANMA DURU
PRO SE;
ADDRESS: 1822 YOUNG STREET,
DALLAS, TEXAS 75201.

I

① UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF TEXAS- DALLAS.

DEFENDANTS:

① DR ROBERT "ROB" SCHREINER OF HURON CONSULTING GROUP- HOUSTON TEXAS:

② HURON CONSULTING GROUP- HOUSTON TEXAS:

COMPLAINT/CLAIM:

① PERJURY- DR ROBERT SCHREINER AND HIS WIFE/FAMILY FOLLOWED PLAINTIFF FROM MARIETTA GEORGIA IN MARCH 2014 TO HOUSTON TEXAS. DR ROBERT SCHREINER WAS THE EXECUTIVE MEDICAL DIRECTOR AT KAISER PERMANENTE GEORGIA, TILL PLAINTIFF'S FRAUDULENT EMPLOYMENT IN APRIL 2008, TILL PLAINTIFFS TERMINATION ON APRIL 27, 2012. DR ROBERT SCHREINER HAS BEEN STALKING PLAINTIFF SINCE 2004. DR ROBERT SCHREINER RESIGNED FROM KAISER PERMANENTE GEORGIA IN MARCH 2014, BECAUSE PLAINTIFF LEFT THE STATE OF GEORGIA MARCH 1, 2014. THIS DEFENDANT BLACK-BALLED PLAINTIFF EFFORT TO GAIN EMPLOYMENT AT ST. LUKE'S EPISCOPAL HOSPITAL IN HOUSTON TEXAS, WITH THE ASSISTANCE OF HURON CONSULTING GROUP- HOUSTON TEXAS:

DEMAND: PLAINTIFF RESPECTFULLY ASK THE COURT TO AWARD PLAINTIFF $100 MILLION DOLLARS IN DAMAGES AGAINST DR ROBERT SCHREINER, AND $200 MILLION IN DAMAGES AGAINST HURON CONSULTING GROUP- HOUSTON, TEXAS:

I

② UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF TEXAS - DALLAS.

DEFENDANTS:                    SEE EXHIBIT: JH.
① ATTORNEY - JANA S. BAKER;
② ATTORNEY - HEIDI H. HARRISON;
③ LAW FIRM - OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.;

COMPLAINT CLAIM:
① PERJURY; ② CONSPIRACY TO COMMIT PERJURY; ③ ASSAULT; LIBEL;
④ REPRESENTATION BY DECEPTION;
⑤ FACILITATION OF PERJURY;
⑥ OBSTRUCTION OF JUSTICE;
⑦ RECKLESS ENDANGERMENT;
⑧ DEPRAVE INDIFFERENCE;

THESE CORRUPT ATTORNEYS KNOWINGLY, DELIBERATELY DECEIVED THE U.S. DISTRICT COURT BY FILING FALSE DECLARATIONS. PLAINTIFF PLANS TO FILE CRIMINAL COMPLAINT WITH THE U.S. ATTORNEY'S OFFICE, AGAINST THESE DEPRAVED, CORRUPT ATTORNEYS.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $300 MILLION AGAINST EACH DEFENDANT FOR A TOTAL OF $900 MILLION. PLAINTIFF ALSO ASKS FOR $300 MILLION IN PUNITIVE DAMAGES AGAINST THE THREE DEFENDANTS:

I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ADANMA DURU | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:14-cv-3636-L |
| DR. ROBERT SCHEINER, KERRY | § | |
| KOHNEN –PRESIDENT, and KAISER | § | |
| PERMANENTE GEORGIA | § | |
| | § | |
| Defendants. | § | |

## APPENDIX TO DEFENDANTS DR. ROBERT SCHREINER, KERRY KOHNEN, AND "KAISER PERMANENTE GEORGIA"'s MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2), (4)-(6) AND BRIEF IN SUPPORT

Defendants, Dr. Robert Schreiner, Kerry Kohnen and "Kaiser Permanente Georgia" file this Appendix to their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(2), (4)-(6) and Brief in Support, as follows:

| Exhibit | Document | App. |
|---|---|---|
| A | Declaration of Craig Faerber | 1-6 |
| B | Declaration of Kerry Kohnen | 7-13 |
| C | Declaration of Robert Schreiner | 14-19 |

Respectfully submitted,

/s/ Jana S. Baker
Jana S. Baker
Texas Bar No. 00794610
jana.baker@ogletreedeakins.com
Heidi H. Harrison
Texas Bar No. 24074370
heidi.harrison@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing and sent a true and correct copy via certified mail, return receipt requested, to:

Rose A. Duru
Plaintiff
1822 Young Street
Dallas, TX 75201

/s/ Jana S. Baker
Jana S. Baker

19866297.1

③ UNITED STATES DISTRICT COURT.
NORTHERN DISTRICT OF TEXAS- DALLAS.

DEFENDANTS:                                    SEE EXHIBIT-C/#1

① DR ROBERT "ROB" SCHREINER OF HURON CONSULTING GROUP/HEALTHCARE- DALLAS TEXAS:

② HURON CONSULTING GROUP/HEALTHCARE- DALLAS, TEXAS:

COMPLAINT/CLAIM:

① PERJURY;  ② CONSPIRACY TO COMMIT PERJURY;  ③ STALKER;
④ DEADLY PURSUIT;
⑤ DEADLY OBSESSION;
⑥ ASSAULT;  ⑦ FALSE CLAIM;
⑧ RAPE; SEXUAL ASSAULTS; SEXUAL HARASSMENT; SLANDER;
⑨ FINANCIAL RUIN/DESTRUCTION;
⑩ CONSPIRACY TO FORCED HOMELESSNESS:

DR ROBERT "ROB" SCHREINER/FAMILY FOLLOWED PLAINTIFF FROM HOUSTON, TEXAS TO DALLAS, TEXAS IN MAY 2014.
DR ROBERT "ROB" SCHREINER FOLLOWED THE PLAINTIFF TO DALLAS LIFE FOUNDATION HOMELESS SHELTER FROM JUNE 16, 2014 TILL JULY 2014; AGAIN DR ROB SCHREINER FOLLOWED PLAINTIFF TO AUSTIN STREET FROM JULY 2014, TO SEPTEMBER 2014.

I

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF TEXAS

COMPLAINT/CLAIM CONT.

AGAIN, DR ROBERT SCHREINER FOLLOWED PLAINTIFF TO THE CENTER OF HOPE - RIVERWOOD APARTMENT HOMELESS SHELTER FOR WOMEN. YET AGAIN, DR ROBERT SCHREINER FOLLOWED PLAINTIFF TO THE BELLEVIEW APARTMENT - MAINTAINING APARTMENT #34, NEXT DOOR TO PLAINTIFF'S APARTMENT #29. THIS "DEMONIC", "UN-SEEN", "EVIL", BATTASTIC-DEFENDANT - DR ROBERT SCHREINER, ALSO CONTINUED TO WORK WITH HURON CONSULTING GROUP/HEALTHCARE IN DALLAS TEXAS FROM 2014, TILL PLAINTIFF LEFT THE STATE OF TEXAS IN MAY 2016 FOR THE STATE OF COLORADO - AGAIN, DR ROBERT SCHREINER RESIGNED FROM HURON HEALTHCARE, AND FOLLOWED PLAINTIFF TO DENVER COLORADO.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $300 MILLION IN DAMAGES AGAINST DR ROB SCHREINER, AND $300 MILLION IN DAMAGES AGAINST HURON CONSULTING GROUP/HEALTHCARE FOR PERJURY, AND FINANCIAL RUIN!!!

II

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ADANMA DURU | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:14-cv-3636-L |
| DR. ROBERT SCHEINER, KERRY | § | |
| KOHNEN –PRESIDENT, and KAISER | § | |
| PERMANENTE GEORGIA | § | |
| | § | |
| Defendants. | § | |

### DECLARATION OF ROBERT SCHREINER

1. My name is Dr. Robert Schreiner, M.D. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements contained herein are true and are based on my own personal knowledge.

2. Although my name appears incorrectly in the cause style of the case, I am aware Plaintiff Rose Adanma Duru has filed a lawsuit against me. As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified mail addressed to me at 3495 Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3. I do not live – nor have I ever lived – at 3495 Piedmont Road, Atlanta Georgia, 30305; that building is commercial office space. Instead, I reside in Dunwoody, Georgia.

4. I understand that Ms. Duru filed her lawsuit in the Northern District of Texas located in Dallas, Texas.

   a. I have never lived in Texas nor do I own or lease any property in Texas.

DECLARATION OF ROBERT SCHREINER                                                                 Page 1

EXHIBIT C

App. 14

  b. I do not operate a business in Texas. Indeed, I am not an employer, have no employees in Texas (or anywhere else), and have never employed Ms. Duru in or outside of Texas.

  c. I do not pay taxes in Texas.

  d. I do not maintain a bank account in Texas.

  e. I do not have a telephone listing in Texas.

  f. I have visited Texas only once in the last several years, and this particular trip was for a reason completely unrelated to Ms. Duru or her lawsuit, as I currently understand her vague claims.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Robert Schreiner, M.D.

23 Dec 2014
_____
Date



dr robert schreiner kaiser permanente georgia

Sign in

Web  Maps  News  Images  Shopping  More▼  Search tools

Page 2 of about 3,650 results (0.31 seconds)

**Dr. Rob Schreiner - Kaiser Permanente, EarthShare of ...**
www.youtube.com/watch?v=hGZ5E5Ba1uY
Apr 19, 2013 - Uploaded by Southeast Green - SEGreen Mobile
EarthShare of Georgia hosted it's annual Earth Day Leadership Breakfast on April 19th. Hosting the who's ...

**Huron Consulting Group - Press Release**
ir.huronconsultinggroup.com/phoenix.zhtml?... ▼ Huron Consulting Group ▼
Apr 8, 2014 - Former Executive Medical Director for **Kaiser Permanente Georgia** Joins ... of business consulting services, today announced that **Rob Schreiner**, M.D., ... **Dr. Schreiner** will focus on helping hospitals and health systems with ...

**Dr. Robert Schreiner - UCompareHealthCare**
www.ucomparehealthcare.com › Doctors › Georgia (GA) › Atlanta ▼
Primary Location for Dr. Schreiner. **Dr. Robert Schreiner Kaiser Permanente** Glenlake Medical Center 20 Glenlake Pkwy NE Atlanta, GA 30328. Phone Number ...

**Kaiser Permanente Expands Medical Facility | Kennesaw ...**
patch.com/georgia/.../kaiser-permanente-expands-medical-fa... ▼ Patch Media ▼
Aug 3, 2012 - Kennesaw, GA - The $47 million, 78000-square-foot expansion ... said **Dr. Rob Schreiner**, executive medical director of **Kaiser Permanente** of ...

**Kaiser grabbing market share with $100M build-out - Atlanta ...**
www.bizjournals.com/.../kaiser-grabbing-... ▼ South Florida Business Journal ▼
Jun 3, 2011 - **Kaiser Permanente** will invest about $100 million in building two ... costs, said Dr. Rob Schreiner, executive medical director for **Kaiser Permanente** of **Georgia**. ... In **Georgia**, Kaiser does about 55 percent to 60 percent of its ...

**Kaiser Permanente GA's Dr. Martha Wilber tells the crowd at ...**
https://www.pinterest.com/pin/105905028708762721/  Pinterest ▼
**Kaiser Permanente** GA's Dr. Martha Wilber tells the crowd at the Atlanta Beltline ribbon cutting ... Photo: KPGA's **Dr. Rob Schreiner** with Dr. Randy Martin.

**Kaiser Permanente Georgia (KPGeorgia) - Pinterest**
https://www.pinterest.com/KPGeorgia/kaiser-permanente-we-stand-for-to... ▼
**Dr. Rob Schreiner** on Atlanta &amp; Co discussing the EveryBody Walk! campaign and **Kaiser Permanente's** support of the Atlanta Beltine Arboretum Walking ...

**Rob Schreiner MD, FACP,FCCP - Bloomberg**
www.bloomberg.com/research/stocks/.../person.asp?... ▼ Bloomberg L.P. ▼
**Dr. Rob Schreiner**, MD, FACP, FCCP, has been Managing Director at Huron ...

[PDF] **2008 Results Booklet - Kaiser Permanente Corporate Run...**
www.kpcorporaterunwalk.com/wp-content/.../05/KP-2008-Results-.pdf ▼
Thanks to the Atlanta Braves, Staples, Jason's Deli, **Georgia** State University, Col. Wayne Mock ... **Kaiser Permanente's** Executive Medical Director, **Dr. Robert**.

**Huron Consulting Group Expands Huron Healthcare with ...**
www.marketwatch.com/.../huron-consulting-group-expand... ▼ MarketWatch ▼
Apr 8, 2014 - Former Executive Medical Director for **Kaiser Permanente Georgia** Joins ... of business consulting services, today announced that **Rob Schreiner**, M.D. ... **Dr. Schreiner** will focus on helping hospitals and health systems with ...

Previous    1 2 3 4 5 6 7 8 9 10    Next

*Handwritten annotations:*

DR ROB SCHREINER'S FALSE DECLARATION WAS SWORN UNDER THE PENALTY OF PERJURY.

DR ROB SCHREINER WAS WORKING FOR HURON CONSULTING GROUP- DALLAS TEXAS FROM 2014 TO 2016. PLAINTIFF PLANS TO FILE CRIMINAL COMPLAINT AGAINST THIS SICK MAN.

EXHIBIT: HH

<u>UNITED STATES DISTRICT COURT.</u>
<u>NORTHERN DISTRICT OF TEXAS - DALLAS.</u>
COST OF COURT - SERVICES - FILING FEES - TIME;
TRAVEL | TRANSPORTATION - COPIES & LODGING:
DEFENDANTS:

* ① DR ROBERT SCHREINER - HURON CONS-
ULTING GROUP - HOUSTON TEXAS;
② HURON CONSULTING GROUP - HOUSTON TEXAS:
$60,000 (SIXTY THOUSAND DOLLARS)

* ① DR ROBERT SCHREINER - HURON
CONSULTING GROUP | HEALTHCARE - DALLAS, TX;
② HURON CONSULTING GROUP, AND
HEALTHCARE - DALLAS, TEXAS;
$60,000 (SIXTY THOUSAND DOLLARS)

* ATTORNEY - JANA S. BAKER;
ATTORNEY - HEIDI H. HARRISON;
LAW FIRM - OGLETREE, DEAKINS, NASH,
SMOAK, AND STEWART, P.C.;
$90,000 (NINETY THOUSAND DOLLARS)

SUBMITTED BY: ROSE ADANMA DURU,
ADDRESS: 1822 YOUNG STREET,
DALLAS, TEXAS 75201.
DATE: MARCH 22, 2018.

ORIGINAL

JS 44 (Rev. 06/17) TXND (Rev. 06/17)

# CIVIL COVER SHEET

RECEIVED
MAR 22 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ROSE ADANMA DURU

**DEFENDANTS**
DR ROBERT SCHREINER, ET AL;

**(b)** County of Residence of First Listed Plaintiff: DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: PRO SE.
1822 YOUNG ST.
DALLAS TEXAS 75201.

Attorneys *(If Known)*: UNKNOWN.

318-CV0694-G

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☒ 375 False Claims Act
- ☒ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332.
Brief description of cause: OBSTRUCTION OF JUSTICE; PERJURY;

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $1.8 BILLION!
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: O'CONNOR
DOCKET NUMBER: 4-16-CV-0219

DATE: MARCH 22, 2018;
SIGNATURE OF ATTORNEY OF RECORD: Rose Duru Pro Se

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____